**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Manjeet Singh,

Petitioner,

v.

Eric Rokosky, *et al.*,

Respondents.

No. CV-26-05870-PHX-JJT

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: “Respondents do not oppose the habeas petition or Petitioner’s requested relief for release from custody.” (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

In addition, Petitioner specifically argued in Count One of his Petition that, to fully restore the status quo following the unconstitutional deprivation of his liberty, Respondents must return Petitioner’s personal property contemporaneously with his release, including his California commercial driver’s license, Employment Authorization Document, and any another identification or personal documents retained when he was detained so that he may resume his lawful employment. (Doc. 1 ¶ 135.) Respondents did not respond to Petitioner’s claims in Count One; rather, as mentioned, they specifically stated they “do not oppose the habeas petition.” (Doc. 7.) Respondents have therefore waived any challenge to this aspect of the Petition. *See N-E-M-B v. Wamsley*, No. CV-25-00989-SI,

2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, NO. CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"). In light of this waiver, the Court will order Respondents to return Petitioner's personal property to him upon his release.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Contemporaneous with Petitioner's release, Respondents must return Petitioner's personal property, including his California commercial driver's license, Employment Authorization Document, and any another identification or personal documents retained when he was detained.

(4) Respondents must provide a notice of compliance within **two days** of this Order.

(5) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 26th day of August, 2026.

Honorable John J. Tuchi
United States District Judge